Elnaz Masoom (SBN 266106)
John Nguyen (SBN 282866)
**MASOOM LAW FIRM, P.C.**
1625 The Alameda, Suite 700
San Jose, CA 95126
Tel: 408.559.3191

Attorneys for Plaintiff, RON CAVIANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON CAVIANI<br><br>Plaintiff,<br><br>vs.<br><br>MENTOR GRAPHICS CORPORATION and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Case No. 19-CV-01645-EMC<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-mentioned action be and hereby dismissed with prejudice.

| | | |
|---|---|---|
| 1 | | **MASOOM LAW FIRM, P.C.** |
| 2 | | |
| 3 | Dated: May 28, 2021 | By: _____ |
| 4 | | Elnaz Masoom, Esq. |
| 5 | | John T. Nguyen, Esq.<br>Attorneys for Plaintiff<br>RON CAVIANI |
| 6 | | |
| 7 | | |
| 8 | | **LITTLER MENDELSON, P.C.** |
| 9 | Dated: June 7, 2021 | By: _____ |
| 10 | | Gregory K. Iskander, Esq. |
| 11 | | Michael W. Nelson, Esq.<br>Attorneys for Defendants<br>MENTOR GRAPHICS<br>CORPORATION |



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA